# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:09-cr-00014 LRH-VPC |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 21, 2011 |
| NICKOLETT KAY REEVES, ) | |
| Defendant. ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING    REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Government's Motion to Amend Judgment (#39); no opposition has been filed. Good cause appearing,

IT IS HEREBY ORDERED that the Government's Motion to Amend Judgment (#39) is GRANTED. The Clerk of the Court shall amend the judgment to identify the victim.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
    Deputy Clerk